1983 Form

JHE
S

# In the United States District Court
# For the Northern District of Alabama

FILED
16 JAN 19 P 1:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

James M. Broadhead, AIS #224802,
~~[redacted]~~
~~[redacted]~~

CV-16-K-0092-S

(Enter above the full name(s) of the plaintiff(s) in this action)

Correctional, Robert Hunter,
Correctional, St. Phard,
Correctional Officers, FLEETON,
Correctional, [redacted],
Correctional, MHP, Danielle Austin,
Correctional, Betty Stevenson,
Correctional, [redacted],

Correctional, MHP, Banella,
Correctional, MHP, Johnson,
Correctional, Bonner, [redacted],
Correctional, nurse, RN, Y. Scott,
Correctional, LPN, nurse, Amberly Uick,
[redacted] Officers, c/o, Brian Robison,
Officers, c/o, [redacted] Randy Brown,
Correctional, LPN, nurse, Smith,

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s) _____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____ N/A _____

II. Place of present confinement __William E. Donaldson Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:
      1. What steps did you take? __Robert Hunter___, and __St. Phard___, and __FLEETON__.
         __Correctional Officers__
      2. What was the result? __Danielle Austin__, and __Betty Stevenson__, and __Bonella__, and Johnson, and __Bonner__, and Y. Scott, and Amberly Click, and Brian Robinson, and __Randy Brown__, and Smith, and Thomas

   D. If your answer is NO, explain why not? _____

   _____

   _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __James M. Broadhead__ AIS #224802, Segregation S-12
      __William E. Donaldson Correctional Facility,__
      __100, Warrior Lane,__
      Address ___Bessemer____ AL, __35023__.

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant _____

    is employed as _____

    at _____

C.  Additional Defendants _____

    _____
    _____
    _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Date 12-15-15, The Prison do not have a grievance Prodeivre But I "still made complaint To warden and commissioner I" was Put on Transfer Donaldson so I" Exhaust all available administreative remedies before The filing of This The act of The (PLRA) Robert Hunter, and St. Phared. all (4) is employed as Defendants acted under state Law and color of STATE law with Deadly Excessive force as The Plaintiff was Beat and struck with security sticks by (4) Named herein as Defendants In said case Therefore The Plaintiff was struck a, "Cooper Green Hospital" 200, Times by The (4) Named Defendants as The Plaintiff was Placed In 2 free world Hosp

-3-

iTal where He Hada brokenarm in (3) Places and staples In The Head and (3) or (4) Teethe was Knocked out as There was Threats on The Plaintiff Life The Plaintiff was Transfered for His safety as The Plaitff Had fracture To His feeT and ankle area from Deadly Excessive

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

force from Defendants "comaens aToy Damayes IN The amount of $10,000.00 againsTeach Defendant Jointly and sererolly for Irreparble Injurys........ Punitive Damages IN The amount of $10,000.00 againsTeach Defendant Jointly and Severally for Irre Parable Injurys....... for aToTalsum of $80,000.00 Thousand Dollares Total Claim Plaintiff CosTin Lawsuit,

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-4-2016,
(date)

JAMES M, Broadhead
william E, Donaldson Correctional
Facility 100, Warrior Lane
Bessemer, AL 35023

Segregation 5-12,
James Broadhead, #224802,
Signature(s)

- 4 -